IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30376
Summary Calendar
_____

TERRY MELVIN JACKSON,

Petitioner-Appellant,

versus

JAMES LEBLANC, Warden; RICHARD IEYOUB,
Attorney General State of Louisiana,

Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-3175-E
- - - - - - - - - -
November 19, 1997

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Terry Melvin Jackson, Louisiana prisoner #120416, appeals from the district court's judgment dismissing his habeas corpus petition as procedurally barred. Jackson argues that the district court's dismissal was in error because he had shown cause for his procedural default in the state court and resulting prejudice. We have reviewed the record and the briefs filed by the parties, and we AFFIRM the district court's dismissal for essentially the same reason adopted by the district court. See

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Jackson v. LeBlanc</u>, No. 96-3175 (E.D. La. Mar. 26, 1997).

Jackson's motions for the appointment of counsel and for the production of documents are DENIED.